UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>ADAM C. CRONEY,<br><br>    Respondent. | No. 16-cv-00315-KAW<br><br>ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS<br><br>AS MODIFIED<br><br>Re: Dkt. No. 1 |

Before the Court is a verified petition to enforce a summons of the Internal Revenue Service. Good cause having been shown by Petitioner, IT IS HEREBY ORDERED that respondent ADAM C. CRONEY, appear before this Court on the **April 7, 2016** at 11:00 AM in Courtroom 4, 3rd Floor, United States District Court, 1301 Clay Street, Oakland, California, and show cause why he should not be compelled to appear and provide documents and testimony as required by the summons served upon respondent on December 1, 2014.

IT IS FURTHER ORDERED that Petitioner serve a copy of this Order to Show Cause, together with a copy of the aforesaid petition, upon Respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure on or before **February 24, 2016,** fourteen (14) days before the response deadline specified below.

IT IS FURTHER ORDERED that, on or before **March 9, 2016**, Respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance

with 28 U.S.C. § 1746, and may file any motion permitted by the Internal Revenue Code.  Petitioner may file and serve a written reply to any such motion or issue raised by Respondent on or before **March 16, 2016.**

All motions and issues raised by the pleadings will be considered at the hearing on this Order to Show Cause, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the hearing, and any uncontested allegation in the petition will be considered admitted.

IT IS SO ORDERED.

Dated: February 5, 2016

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge

US v. CRONEY
No. CV-16-00315 KAW
[PROPOSED] ORDER TO SHOW CAUSE

2